UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION
---------------------------------------------------------------x

In Re:

SIR JAMES LE ROY ROBINSON, SR.              Chapter 7
d/b/a SIR JAMES L. ROBINSON R.A.
and ROBINSON ARCHITECTS P.C.                 Case No. 12-11915

                Debtor.

---------------------------------------------------------------x

## ORDER GRANTING DISCHARGE ~~WITH FINAL DECREE~~[SMB 8/19/13]

Upon the voluntary petition filed by the Debtor under title 11, United States Code on May 7, 2012 and the order for relief entered under Chapter 7 and the appointment of Richard E. O'Connell, Esq. as Chapter 7 Trustee, the Application for an Order Pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure and Sections 523(c) and 727(c) of the Bankruptcy Code Extending the Deadline to Object to Debtors' Discharge filed October 12, 2012 (ECF Doc. #25) (the "Extension Motion") and the Affidavit in Support of Application to Extend Deadline to File Objection to discharge of Debtor sworn to October 10, 2012 (ECF. Doc. #32) and the "So Ordered" Memorandum Endorsed Letter signed on December 21, 2012 (ECF Doc. #32) and the Application for Entry of Order for Discharge Pursuant to 11 USC Sections 727(a)(b) and 105(a) of the Bankruptcy Code and Rule 4004(a)(c) of the Federal Rules of Bankruptcy Procedure dated June 15, 2013 (ECF Doc. #37) (the "Discharge Motion") and any and all documents heretofore filed on the record in this case, and all proceedings had before this Court and the representations of counsel therein and it appearing no order denying

a discharge has been granted and the debtor is entitled to a discharge and ~~the bankruptcy estate has been fully administered and having considered any and all objections to entry of a discharge and~~ **[SMB 8/19/13]** upon this Court's finding of facts and conclusions of law in the Memorandum Decision and Order Denying Motion for a Further Extension of Time to Object to Debtors' Discharge and Granting Debtors' Motion to Enter a Discharge Order dated August 1, 2013.

**IT IS ORDERED**:

1. The relief requested in the Extension Motion is denied.

2. The relief requested in the Discharge Motion is granted.

3. The Debtor is hereby granted a discharge under Section 727 of Title 11, United States Code.

4. ~~Richard E. O'Connell, Esq. is hereby discharged as Trustee of the Bankruptcy Estate and the bond is cancelled.~~

5. ~~The Clerk of the Court is hereby directed to enter the Debtors' discharge and to close this Chapter 7 case..~~**[SMB 8/19/13]**

Dated: New York, New York
August  19th  , 2013


/s/ STUART M. BERNSTEIN_____
STUART M. BERNSTEIN
U.S.B.J.